**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 24-6655**

---

GREGORY A. WATERS,

        Petitioner - Appellant,

    v.

H. RAY,

        Respondent - Appellee.

---

Appeal from the United States District Court for the Northern District of West Virginia, at Wheeling.  John Preston Bailey, District Judge.  (5:23-cv-00330-JPB)

---

Submitted:  January 23, 2025                  Decided:  January 28, 2025

---

Before WILKINSON, WYNN and THACKER, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Gregory A. Waters, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Gregory Anthony Waters, a federal prisoner, appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on Water's 28 U.S.C. § 2241 petition in which Waters challenged the execution of his sentence. The district court found that Waters failed to exhaust his administrative remedies for the claim Waters raises on appeal and that Waters failed to demonstrate that exhaustion would have been futile. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *Waters v. Ray*, No. 5:23-cv-00330-JPB (N.D. W. Va., June 18, 2024). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*